JACK MACE, Appellant, *v.* JULIA CARDONE, Respondent.

Supreme Court, Appellate Term, First Department, April 5, 1962.

*Rosenfeld & Silverman* (*Sidney B. Silverman* of counsel), for appellant. *Bennett I. Schlessel* for respondent.

*Per Curiam.* The certificate of the notary public should have been received as presumptive evidence of the facts contained in such certificate. This evidence would have established a prima facie case calling upon the defendant to offer testimony in contradiction thereof. The refusal of the court to receive the document bearing the certificate in evidence was error.

The judgment should be reversed and a new trial ordered, with $30 costs to appellant to abide the event.

Concur — HOFSTADTER, J. P., GOLD and CAPOZZOLI, JJ.

Judgment reversed, etc.